HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ARROWOOD CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., a Wisconsin Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:25-cv-01936-RSL<br><br>FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES<br><br>JURY DEMAND |

Plaintiff Arrowood Condominium Association (the "Association") alleges as follows:

## I.    INTRODUCTION

1.1    This is an action for declaratory judgment, breach of contract, bad faith violations, Insurance Fair Conduct Act ("IFCA") Violations, Consumer Protection Act ("CPA") violations, and money damages seeking:

(A)    A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under insurance policies issued by Defendant American Family Mutual Insurance Company, S.I. ("American Family") to the Association. The Association is seeking a ruling that: (1) the American Family policies provide coverage for the hidden damage at the

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Arrowood Condominium; and (2) American Family is liable for money damages for the cost of repairing hidden damage at the Arrowood Condominium.

    (B)    Money damages for the cost of repairing covered damage, breach of contract, bad faith, IFCA violations, and violations of the CPA against American Family.

    (C)    Attorneys' fees and costs (including expert witness fees) against American Family.

    (D)    Any other relief the Court deems just and equitable.

## II. PARTIES AND INSURANCE CONTRACTS

2.1    <u>The Association</u>. The Association is a nonprofit corporation organized under the laws of the state of Washington with its principal place of business located in Kirkland, Washington. The Association has the duty to maintain the common elements and any limited common elements of the Arrowood Condominium for the common enjoyment of the unit owners. The Arrowood Condominium consists of twelve (12) buildings with ninety-four (94) residential units located in Kirkland, King County, Washington.

2.2    <u>American Family</u>. American Family is a Wisconsin domiciled insurer with its principal place of business in Madison, Wisconsin. American Family is registered and authorized to sell insurance in Washington. American Family sold property insurance policies to the Association, including Policy No. 46X4436102 (in effect from at least 11/07/2018 to 11/07/2021). American Family's policies identify the Arrowood Condominium as covered property. The Association is seeking coverage under all American Family policies issued to the Association or covering the Arrowood Condominium at any time.

2.3    <u>Doe Insurance Companies 1–10</u>. Doe Insurance Companies 1–10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Arrowood Condominium as covered property.

2.4    <u>Arrowood Insurers</u>. American Family and Doe Insurance Companies 1–10 shall collectively be referred to as the "Arrowood Insurers."

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

2.5   Arrowood Policies. The policies issued to the Association by the Arrowood Insurers shall collectively be referred to as the "Arrowood Policies."

### III.   JURISDICTION AND VENUE

3.1   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and, as alleged below, the amount in controversy exceeds $75,000.

3.2   Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the Arrowood Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim occurred in King County; and the insured condominium buildings are located in King County.

### IV.   FACTS

4.1   Incorporation by Reference. The Association re-alleges the allegations of Paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2   Tender to American Family. On March 30, 2023, the Association tendered an insurance claim to American Family for hidden damage discovered by Evolution Architecture ("Evolution") during a limited intrusive investigation. As part of its claim tender, the Association asked American Family to investigate for other hidden damage that may exist at the Arrowood Condominium.

4.3   Joint Intrusive Investigation. In January 2024, the Association, including its experts at Evolution, and the Association's historic insurance providers, including American Family, conducted a joint intrusive investigation at the Arrowood Condominium, which revealed property-wide hidden damage to the exterior building components including, but not limited to, the exterior weather-resistive barrier ("WRB"), sheathing, and framing.

4.4   Evolution Report. The Association understands that, according to Evolution, the hidden water damage at the Arrowood Condominium has occurred incrementally and progressively, and some new loss or damage commenced during the American Family policy period. Evolution's

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1  reporting included a recommended scope of repair. Based on this scope of repair, Charter

2  Construction estimated that the cost to repair the hidden damage would cost more than $8,100,000,

3  well over the jurisdictional limit of $75,000.

4  4.5   American Family's Denial of the Association's Claim. On June 4, 2025, American Family

5  unreasonably denied coverage for the Association's insurance claim.

6  4.6   IFCA Letter to American Family. In compliance with the IFCA, the Association provided

7  written notice to American Family and the Washington State Office of the Insurance Commissioner

8  that explained why American Family's coverage determination was unreasonable. American

9  Family refused to cure its unreasonable denial of coverage.

## V. FIRST CLAIM AGAINST THE ARROWOOD INSURERS FOR A DECLARATORY JUDGMENT THAT THE ARROWOOD POLICIES PROVIDE COVERAGE

5.1   Incorporation by Reference. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 4.6, above, as if fully set forth herein.

5.2   Declaratory Relief. The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A)   That the Arrowood Policies cover the hidden damage to exterior WRB, sheathing, and framing at the Arrowood Condominium.

(B)   No exclusions, conditions, or limitations bar coverage under the Arrowood Policies.

(C)   That the loss or damage to the Arrowood Condominium was incremental and progressive. New damage commenced during each year of the Arrowood Policies.

(D)   As a result, the Arrowood Policies cover the cost of investigating and repairing the exterior WRB, sheathing, and framing at the Arrowood Condominium.

## VI. SECOND CLAIM AGAINST AMERICAN FAMILY FOR BREACH OF CONTRACT

6.1   The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 5.2, above, as if fully set forth herein.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

6.2     American Family has contractual duties under the terms of its policies to pay the cost of investigating and repairing the covered damage to the Arrowood Condominium.

6.3     American Family breached its contractual duties by wrongfully denying coverage on June 4, 2025, and by failing to pay the cost of repairing the covered damage to the Arrowood Condominium.

6.4     As a direct and proximate result of American Family's breach of its contractual duties the Association has been damaged in an amount to be proven at trial.

6.5     As a direct and proximate result of American Family's breach of its contractual duties, the Association has been forced to incur attorneys' fees, expert costs, investigation costs, and other expenses in order to prosecute this action, the sole purpose of which is to obtain the benefits of the Association's insurance contracts.

## VII.     THIRD CLAIM AGAINST AMERICAN FAMILY FOR INSURANCE BAD FAITH

7.1     <u>Incorporation by Reference</u>. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 6.5, above, as if fully set forth herein.

7.2     The business of insurance is one affected by the public interest, requiring that all persons be actuated by good faith, abstain from deception, and practice honesty and equity in all insurance matters. RCW 48.01.030. An insurer has a duty to act in good faith. This duty requires an insurer to deal fairly with its insured. The insurer must give equal consideration to its insured's interests and its own interests and must not engage in any action that demonstrates a greater concern for its own financial interests than its insured's financial risk. An insurer who does not deal fairly with its insured, or who does not give equal consideration to its insured's interests, fails to act in good faith.

7.3     American Family had a duty to investigate, evaluate, and decide the Association's claim in good faith. American Family breached its duty by unreasonably investigating, evaluating, and/or denying the claim and by failing to acknowledge that: (1) weather conditions such as rain or wind-driven rain were one of the causes of the hidden damage at the Arrowood Condominium; (2)

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

weather conditions such as rain and wind-driven rain are covered causes of loss under its policies; (3) there is coverage under the American Family policies when damage results from a combination of rain and inadequate construction; and (4) coverage is preserved under the resulting loss provision to the American Family policies.

7.4    The duty of good faith requires an insurer to conduct a reasonable investigation before refusing to pay a claim submitted by its insured. An insurer must also have a reasonable justification before refusing to pay a claim. An insurer who refuses to pay a claim, without conducting a reasonable investigation or without having a reasonable justification, fails to act in good faith.

7.5    A violation, if any, of one or more of the Washington claim handling standards set forth below is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract. American Family's conduct violated Washington claim handling standards:

- Which require American Family to fully disclose all pertinent coverages.
- Which prohibit the practice of refusing to pay claims without conducting a reasonable investigation.
- Which require American Family to provide a reasonable explanation of the relevant facts, law and policy language and how its policy language supported a denial of the Association's claim.
- Which prohibit misrepresentations regarding relevant facts (e.g. the cause of damage) or coverage.
- Which require American Family to adopt and implement reasonable standards for the prompt investigation of claims.
- Which require American Family not to force its insured to initiate litigation to receive policy benefits.

7.6    A violation of Washington claim handling procedures, including WAC 284-30-330(7), is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 6

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

7.7     American Family's actions and omissions, including but not limited to its denial of coverage, were unreasonable, unfounded, and frivolous under the circumstances and constitute a breach of American Family's duty of good faith. As a direct and proximate result of these breaches, the Association has been damaged in an amount to be proven at trial.

### VIII.   FOURTH CLAIM AGAINST AMERICAN FAMILY FOR VIOLATIONS OF THE INSURANCE FAIR CONDUCT ACT

8.1     <u>Incorporation by Reference</u>. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 7.7, above, as if fully set forth herein.

8.2     The Association is a first party claimant asserting a right to payment as a covered person under an insurance policy or insurance contract arising out of the occurrence of a contingency or loss covered by such a policy. American Family's denial of the Association's claim was unreasonable. The Association provided written notice pursuant to RCW 48.30.015(8) to American Family and the Washington State Office of the Insurance Commissioner of its IFCA cause of action and explained in detail why American Family's coverage denial was unreasonable. American Family failed to resolve the basis for the Association's IFCA claim within twenty (20) days of the Association's notice.

8.3     The Association has been injured by American Family's failure to change its unreasonable denial of coverage. The Association is entitled to all remedies under IFCA including, but not limited to, attorneys' fees and a discretionary award of enhanced damages that "increases the total award of damages to an amount not to exceed three times the actual damage."

### IX.    FIFTH CLAIM AGAINST AMERICAN FAMILY FOR VIOLATIONS OF THE CONSUMER PROTECTION ACT

9.1     The Association re-alleges and incorporates by reference Paragraphs 1.1 through 8.3, above, as if fully set forth herein.

9.2     Violations of Washington Administrative Code ("WAC") claim handling standards are per se CPA violations. On information and belief, the conduct of American Family was deceptive, impacted the public, and had the capacity to deceive. The Association is a consumer. As a direct

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 7

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

and proximate result of American Family's violations, the Association has been damaged in an amount to be proven at trial. Under the CPA, the Association is entitled to damages, CPA penalties of up to $25,000 per violation, and attorneys' fees.

## X. PRAYER FOR RELIEF

WHEREFORE, the Association prays for judgment as follows:

10.1    <u>Declaratory Judgment Regarding Coverage</u>. A declaratory judgment that the Arrowood Policies provide coverage as described herein and that money damages are owed by each of the Arrowood Insurers for the cost of investigating and repairing hidden damage at the Arrowood Condominium in an amount to be proven at trial.

10.2    <u>Money Damages</u>. For money damages against the Arrowood Insurers for the cost of investigating and repairing hidden damage at the Arrowood Condominium in an amount to be proven at trial, as well as money damages against American Family for breach of the duty of good faith in an amount to be proven at trial.

10.3    <u>Attorneys' Fees and Costs of Suit</u>. For reasonable attorneys' fees and costs (including expert fees) against American Family. *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

10.4    <u>Enhanced IFCA Damages</u>. For all remedies under IFCA including, but not limited to, a discretionary award of enhanced IFCA damages against American Family that "increase the total award of damages to an amount not to exceed three times the actual damage."

10.5    <u>CPA Penalties</u>. For CPA penalties against American Family of up to $25,000 per violation.

10.6    <u>Other Relief</u>. For such other and further relief as the Court deems just and equitable.

## XI. DEMAND FOR JURY TRIAL

11.1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial by jury in this action of all issues so triable.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 8

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1  DATED this 29th day of December, 2025.

                                          **STEIN, SUDWEEKS & STEIN, PLLC**

                                        /s/ *Jerry H. Stein*
                                        Jerry H. Stein, WSBA #27721
                                        /s/ *Justin D. Sudweeks*
                                        Justin D. Sudweeks, WSBA #28755
                                        /s/ *Daniel J. Stein*
                                        Daniel J. Stein, WSBA #48739
                                        /s/ *Jessica R. Burns*
                                        Jessica R. Burns, WSBA #49852
                                        16400 Southcenter Pkwy, Suite 410
                                        Tukwila, WA 98188
                                        Email: jstein@condodefects.com
                                                                   justin@condodefects.com
                                                                   dstein@condodefects.com
                                                                   jessica@condodefects.com
                                        Telephone: (206) 388-0660
                                        ***Attorneys for Plaintiff***

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, BAD FAITH, INSURANCE FAIR CONDUCT ACT VIOLATIONS, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 9

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

| | |
|---|---|
| <u>Attorneys for Defendant American Family Mutual Insurance Company, S.I.:</u><br>Andrew Gust<br>Andrew Gordon Yates<br>Cassandra Ekure<br>Stephania Camp Denton<br>BALLARD SPAHR LLP (SEA)<br>1301 2nd Ave, Ste 2800<br>Seattle, WA 98101<br>Phone: (206) 223-7000<br>Email: gusta@ballardspahr.com;<br>yatesa@ballardspahr.com;<br>ekurec@ballardspahr.com;<br>dentons@ballardspahr.com | ☐ via US Mail<br>☐ via Legal Messenger<br>☐ via Email<br>☒ via USDC ECF |

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

SIGNED this 29th day of December, 2025, at Wilmington, North Carolina.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660